**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**RAUL RICARDO TERAN,**

**Defendant.**                                                    **No. 07-30136-DRH**

**<u>ORDER</u>**

**HERNDON, Chief Judge:**

       Before the Court is a Motion for Extension of Time (Doc. 538) filed by Defendant Raul Ricardo Teran on August 30, 2010.  Defendant Teran stated that his objections to the Presentence Investigation Report (PSR) were due on August 30, 2010 but that his counsel needed additional time to review the PSR with Defendant and file any objections.  Defendant stated that the earliest time that he would be able to speak with his counsel would be September 1, 2010 as Defendant resides in Arizona.  The Government has no objection to the motion.  Accordingly, the Court **GRANTS** Defendant Teran's motion for extension of time (Doc. 538).  Defendant

Teran will have up to and including **September 10, 2010** in which to file objections to the PSR.

**IT IS SO ORDERED.**

Signed this 7th day of September, 2010.

/s/    *David R. Herndon*

**Chief Judge**
**United States District Court**