IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**RAUL RICARDO TERAN,**

**Defendant.**                                                            **No.07-30136-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

      Before the Court is Defendant Teran's motion for continuance (Doc. 550) of sentencing. Specifically, Defendant Teran has asked for a thirty (30) day continuance of his sentencing date currently set for September 24, 2010 because Defendant's counsel has only recently discovered that he has objections to the Presentence Investigation Report. The Government has no objection to the continuance. Based on the reasons set forth in the motion, the Court **GRANTS** Defendant's Motion for Continuance (Doc. 550) and **CONTINUES** the hearing set for September 24, 2010 until **October 22, 2010 at 10:00 a.m.**

Defendant's deadline for filing objections to the presentence report is now extended until **October 8, 2010.** Any objections not filed on or before October 8, 2010 will be deemed waived.

**IT IS SO ORDERED.**

Signed this 23rd day of September, 2010.

/s/    DavidRHerndon
**Chief Judge**
**United States District Court**