IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAUL RICARDO TERAN,

Defendant.                                              No. 07-30136-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Raul Ricardo Teran's motion for continuance (Doc. 555) of sentencing hearing. Specifically, Defendant Teran requests that his sentencing hearing currently scheduled for October 22, 2010 be continued as his counsel believes that Defendant has a legitimate objection to the two level increase in the PSR for possession of a weapon, but due to the voluminous discovery needs additional time to review the discovery to research and prepare the objection. The Government does not object to the continuance. Based on the reasons set forth in the motion, the Court **GRANTS** Defendant's motion for continuance (Doc. 555). The sentencing hearing currently set for October 22, 2010 is **CONTINUED** until **November 12, 2010 at 11:00 a.m.**     **IT IS SO ORDERED.**

Signed this 14th day of October, 2010.

/s/   *David R Herndon*
**Chief Judge**
**United States District Court**